# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA ANN REIL, | CASE NO.: SACV13-01266-JLS (SSx) |
| Plaintiff, | Assigned for All Purposes to: Honorable Josephine L. Staton |
| v. | **JUDGMENT** |
| CITY OF ORANGE, et al, | |
| Defendants, | |

This action came before the Court on September 19, 2014, Josephine L. Staton, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been fully entered and served on September 26, 2014.

IT IS HEREBY ORDERED THAT plaintiff take nothing, that the action be dismissed on the merits and that Defendants, City of Orange, Brian Chambers and Trent Hardeman recover costs from the Plaintiff Olivia Reil in an amount to be determined.

**SO ORDERED:**

Dated: October 1, 2014

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge

1